```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MELANIA FELIX DE ASENCIO, et al.:         CIVIL ACTION
                                :
             v.                 :
                                :
TYSON FOODS, INC.               :         NO. 00-4294
```

O R D E R

Before the Honorable Robert F. Kelly

     AND NOW, this 21st day of June, 2006, in accordance with the verdict of the jury on this date,

     IT IS ORDERED that Judgment be and the same is hereby entered in favor of the defendant and against all the plaintiffs.

     It is further ORDERED that the Court having ruled upon all the pertinent pending motions during the trial of the above matter, all outstanding motions are denied as moot.

```
                              BY THE COURT

                          ATTEST:
                                   Thomas Garrity
                                    Deputy Clerk
```

Civ 1 (8/80)