## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MELANIA FELIX DE ASENCIO, MANUEL A. : <br> GUTIERREZ, ASELA RUIZ, EUSEBIA RUIZ, : <br> LUIS A. VIGO, LUZ CORDOVA, AND : <br> HECTOR PANTAJOS, on behalf of themselves : <br> and all other similarly situated individuals, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> TYSON FOODS, INC., : <br> : <br> Defendant. : <br> : | No. 00-CV-4294 |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above-captioned matter, Melania Felix

De Asencio, Manuel A. Gutierrez, Asela Ruiz, Eusebia Ruiz, Luis A. Vigo, Luz Cordova,

and Hector Pantajos, on behalf of themselves and all other similarly situated individuals,

hereby appeal to the United States Court of Appeals for the Third Circuit from the Final

Judgment entered in this action on the 22nd day of June, 2006 (Docket Item No. 214),

including all rulings adverse to Plaintiffs in this action.

Respectfully submitted,


*/s/ Frederick P. Santarelli (#FPS6552)*
THOMAS J. ELLIOTT
FREDERICK P. SANTARELLI
FRANCO A. CORRADO
Elliott Greenleaf & Siedzikowski, P.C.
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
P.O. Box 3010
Blue Bell, PA 19422
(215) 977-1000

- and -

BRIAN P. KENNEY
ERIC L. YOUNG
Kenney, Lennon & Egan
3031C Walton Road
Suite 202
Plymouth Meeting, PA 19462
Telephone No.  (610) 940-9099

- and -

ROBERT J. O'SHEA
1818 Market Street
Suite 3520
Philadelphia, PA 19103-3629
(215) 636-0990

Counsel for Plaintiffs

Dated: July 21, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day a copy of the foregoing is being served upon the person(s) and in the manner set forth below:

By Electronic Filing and Service Procedures

James L. Griffith, Esquire
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103
(Telephone No. 215-965-1210)

Michael J. Mueller, Esquire
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
1333 New Hampshire Avenue, N,W.
Suite 400
Washington, D.C. 20036
(Telephone No. 202-887-4113)

/s/ *Franco A. Corrado*
FRANCO A. CORRADO

Dated:  July 21, 2006

Pursuant to Local Appellate Rule 3.1 of the United States Court of Appeals for the Third Circuit, a copy of the foregoing Notice of Appeal is being mailed on this day to the trial judge, the Honorable Robert F. Kelly, of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania 19106.


                                             /s/ *Franco A. Corrado*
                                             FRANCO A. CORRADO
Date:   July 21, 2006                        Counsel for Plaintiffs