UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-3502

MELANIA FELIX DE ASENCIO; MANUEL A. GUTIERREZ;
ASELA RUIZ; EUSEBIA RUIZ; LUIS A. VIGO;
LUZ CORDOVA; HECTOR PANTAJOS, on behalf of themselves
and all other similarly situated individuals,

Appellants

v.

TYSON FOODS, INC.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 00-cv-04294)
District Judge: Honorable Robert F. Kelly

Before: SLOVITER, ALDISERT, and ROTH, Circuit Judges

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on July 12, 2007.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the judgment of the District Court entered June 21, 2006, be and the same is hereby reversed and remanded to the District Court for further proceedings consistent with his opinion. Costs taxed against Appellee. All of the above in accordance with the opinion

of this Court.

                Attest:

                /s/ Marcia M. Waldron
                Clerk

DATED: September 6, 2007

Cost taxed in favor of Appellants Melanie Felix DeAsencio et al,
Brief..........................................................$ 279.40
Appendix....................................................$ 2,120.80
Reply Brief................................................$ 178.00
Filing Fee...................................................$ 450.00
Total..........................................................$3,028.20

**Certified as a true copy and issued in lieu
of a formal mandate on 10/15/07**

Testee: /s/ Marcia M. Waldron
**Clerk, U.S. Court of Appeals for the Third Circuit**